UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARRELL L. MARSHALL,

    Petitioner,                                          Case Number 10-14936-BC
                                                             Hon. Thomas L. Ludington

v.

PEOPLE OF THE STATE OF MICHIGAN,

    Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

It is **ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED AND ADJUDGED** that judgment is granted in favor of Respondent and against Petitioner.

                                                                s/Thomas L. Ludington
                                                                THOMAS L. LUDINGTON
                                                                 United States District Judge

Dated: March 8, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon Darrell Marshall at 15420 Pierson Street, Detroit, MI 48223 by first class U.S. mail on March 8, 2011.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS